```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
            -against-                      :
                                           :
RICARDO CRUZ,                              :           1:24-cr-306-GHW-2
                                           :
                  Defendant.               :              ORDER
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/14/2024

GREGORY H. WOODS, United States District Judge:

     A change of plea hearing in this matter will take place on September 13, 2024 at 10:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  Counsel for the United States, Mr. Cruz and his counsel are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

     SO ORDERED.

Dated: August 14, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge