```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,             :
                                          :
                -against-                 :
                                          :
    RICARDO CRUZ,                         :    1:24-cr-306-GHW-2
                                          :
                        Defendant.        :    ORDER
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2024

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, RICARDO CRUZ, by and through, MICHAEL K. BACHRACH, his attorney, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, REMY K. GROSBARD, Assistant United States Attorney, of counsel, it is hereby ORDERED that the change of plea hearing in this case is continued from September 13, 2024 to September 23, 2024 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through September 23, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b)(7)(A).

The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.

Dated: September 12, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge