```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,                       :
                                                    :
                    -against-                       :
                                                    :
    RICARDO CRUZ,                                   :         1:24-cr-306-GHW-2
                                                    :
                        Defendant.                  :         ORDER
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2024

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for December 17, 2024 at 10:00 a.m. is rescheduled. The hearing will take place on January 17, 2025 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due January 3, 2025. The Government's sentencing submissions are due January 10, 2025. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 39 and 40.

SO ORDERED.

Dated: November 27, 2024

_____
GREGORY H. WOODS
United States District Judge